Paige N. Hammer
Wyoming State Bar No. 7-5882
Assistant United States Attorney
District of Wyoming
P.O. Box 668
Cheyenne, WY 82003
307-772-2124
paige.hammer@usdoj.gov

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2025 MAY 21   AM 10: 16

MARGARET BOTKINS, CLERK
CHEYENNE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 25-CR-94-J |
| MICAH EDWARD MAAS, | |
| Defendant. | |

## MOTION FOR DETENTION HEARING

The United States moves for pretrial detention of the Defendant pursuant to 18 U.S.C. § 3142(e) and (f).

1.  Eligibility of Case. This case is eligible for a detention order because the case involves the following:

    **10+ year drug offense**

2.  Reason for Detention. The court should detain the Defendant because there are no conditions of release which will reasonably assure:

    **Defendant's appearance as required**
    **Safety of any other person and the community**

3. Rebuttable Presumption. The United States will invoke the rebuttable presumption against the Defendant under § 3142(e). The presumption applies because:

**Probable cause to believe Defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c)**

4. Time for Detention Hearing. The United States requests the Court conduct the detention hearing:

**After a continuance of three days**

DATED this 20th day of May, 2025.

                                        Respectfully submitted,

                                        STEPHANIE I. SPRECHER
                                        Acting United States Attorney

By:   *Paige Hammer*
       PAIGE N. HAMMER
       Assistant United States Attorney